ALEXANDER B. CVITAN (SBN 81746), and
MARSHA M. HAMASAKI (SBN 102720), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mails: alc@rac-law.com; marshah@rac-law.com

Attorneys for Construction Laborers Trust Funds for
Southern California Administrative Company, LLC

JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>                    Plaintiff,<br>     vs.<br><br>MARGARITO RAMOS, an individual doing business as M. RAMOS DEMOLITION, and/or M. RAMOS GENERAL CONTRACTORS; and ACCREDITED SURETY AND CASUALTY COMPANY, INC., a Florida corporation,<br><br>                    Defendants. | CASE NUMBER:<br><br>CV-07-07999 VBF (AGRx)<br><br>JUDGMENT PURSUANT TO STIPULATION |

Pursuant to the Stipulation for Entry of Judgment between the Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company on behalf of the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA; LABORERS TRAINING AND RE-TRAINING TRUST FUND

```
 1  FOR SOUTHERN CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY
 2  ADVANCEMENT; CENTER FOR CONTRACT COMPLIANCE; and LABORERS CONTRACT
 3  ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA, (hereinafter ,
 4  and the Defendant,  MARGARITO RAMOS, an individual doing business
 5  as M. RAMOS DEMOLITION, and/or M. RAMOS GENERAL CONTRACTORS, and
 6  good cause appearing therefor,
 7
 8       IT IS  HEREBY ORDERED ADJUDGED AND DECREED, that:
 9
10       Judgment is entered in favor of Plaintiff, CONSTRUCTION
11  LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE
12  COMPANY, LLC, a fiduciary, administrator, agent and assignee for
13  collection to the LABORERS HEALTH AND WELFARE TRUST FUND FOR
14  SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR
15  SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS VACATION TRUST FOR
16  SOUTHERN CALIFORNIA; LABORERS TRAINING AND RE-TRAINING TRUST FUND
17  FOR SOUTHERN CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY
18  ADVANCEMENT; CENTER FOR CONTRACT COMPLIANCE; and LABORERS CONTRACT
19  ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA and against the
20  Defendant, MARGARITO RAMOS, an individual doing business as M.
21  RAMOS DEMOLITION, and/or M. RAMOS GENERAL CONTRACTORS, in the
22  //
23  //
24  //
25  //
26  //
27  //
28  //
```

[Proposed] Judgment Pursuant to Stipulation.wpd

1  principal sum of $79,074.84 plus $15,000.00 in attorneys fees for
2  a total judgment sum of $94,074.84 covering the period from June
3  2004 to June 2008.

5  DATED: August 5, 2008

   _____
   VALERIE BAKER FAIRBANK, JUDGE OF THE
   UNITED STATES DISTRICT COURT
   CENTRAL DISTRICT OF CALIFORNIA

Submitted By:

ALEXANDER B. CVITAN, and
MARSHA M. HAMASAKI, Members of
REICH, ADELL & CVITAN
A Professional Law Corporation


By:_____/S/_____
       MARSHA M. HAMASAKI
       Attorneys for Plaintiff

-3-